IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 13-cv-1832 (JDB) |
| ) | |
| ALL ASSETS HELD IN ACCOUNT NUMBER ) | |
| 80020796, IN THE NAME OF ) | |
| DORAVILLE PROPERTIES CORPORATION, ) | |
| AT DEUTSCHE BANK INTERNATIONAL, ) | |
| LIMITED IN JERSEY, CHANNEL ISLANDS, ) | |
| AND ALL INTEREST, BENEFITS, OR ASSETS ) | |
| TRACEABLE THERETO, *ET AL*., ) | |
| ) | |
| Defendants. ) | |
| ) | |

**VERIFIED CLAIM AND STATEMENT OF INTEREST OF AISHA ATIKU BAGUDU**

I, Aisha Atiku Bagudu, without waiving any rights to contest jurisdiction in this matter, submit this Verified Claim pursuant to 18 U.S.C. § 983(a)(4) and Rule G(5)(a) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions of the Federal Rules of Civil Procedure ("Supplemental Rules") and in support state:

1. I have a claim to, and interest in, the following property alleged to be subject to forfeiture in this action (the "Claimed Property"):

    a. All assets held in the name of Blue Holding (1) Pte. Ltd.,[1] on behalf of or traceable to Ridley Group Limited and/or the Ridley Trust, at J.O. Hambro

---

[1] The Government's Verified Complaint for Forfeiture *In Rem* (the "Verified Complaint") refers to assets held in the name of "Blue Holding (1) Pte. Ltd." and "Blue Holding (2) Pte. Ltd." On information and belief, the assets that the Government seeks to forfeit are actually held in the name of "Blue Holding**s** (1) Pte. Ltd." and "Blue Holding**s** (2) Pte. Ltd." Nothing in this Verified Claim is intended to waive any rights to challenge the sufficiency of the allegations in the Verified Complaint, including but not limited to, the identity of the property sought to be forfeited.

1

        Investment Management Limited[2] in the United Kingdom, and all interest, benefits, or assets traceable thereto.

    b. All assets held in the name of Blue Holding (1) Pte. Ltd., on behalf of or traceable to Ridley Group Limited and/or the Ridley Trust, at James Hambro & Partners LLP, in the United Kingdom, and all interest, benefits, or assets traceable thereto (hereinafter referred to, together with that portion of the Claimed Property referenced in paragraph 1(a) above, as "the assets held in the name of Blue Holdings (1)").

    c. All assets held in the name of Blue Holding (2) Pte. Ltd., on behalf of or traceable to Ridley Group Limited and/or the Ridley Trust, at J.O. Hambro Investment Management Limited in the United Kingdom, and all interest, benefits, or assets traceable thereto.

    d. All assets held in the name of Blue Holding (2) Pte. Ltd., on behalf of or traceable to Ridley Group Limited and/or the Ridley Trust, at James Hambro & Partners LLP, in the United Kingdom, and all interest, benefits, or assets traceable thereto (hereinafter referred to, together with that portion of the Claimed Property referenced in Paragraph 1(c) above, as "the assets held in the name of Blue Holdings (2)").

2. I assert a claim to, and interest in, the Claimed Property and contest its forfeiture.

My interest in the Claimed Property is as follows:

    a. The assets held in the name of Blue Holdings (1) are held in trust by a trust company through Blue Holdings (1) Pte. Ltd., an investment vehicle, for the benefit of beneficiaries of Blue Family Trust I.

    b. I am a beneficiary of Blue Family Trust I.

    c. Blue Family Trust I holds no other assets other than the assets held in the name of Blue Holdings (1).

---

[2] The Verified Complaint refers to assets held at "J.O. Hambro Investment Management Limited in the United Kingdom." On information and belief, J.O. Hambro Investment Management Limited is now known as "Waverton Investment Management Limited." This Verified Claim claims an interest in the assets held in the name of Blue Holdings (1) Pte. Ltd. and Blue Holdings (2) Pte. Ltd. referenced in the Verified Complaint, whether currently held at "J.O. Hambro Investment Management Limited" or at "Waverton Investment Management Limited." Nothing in this Verified Claim is intended to waive any rights to challenge the sufficiency of the allegations in the Verified Complaint, including but not limited to, the identity of the property sought to be forfeited.

    d. Any distributions by Blue Family Trust I to me or for my benefit are transferred directly from the assets held in the name of Blue Holdings (1).

    e. The assets held in the name of Blue Holdings (2) are held in trust by a trust company through Blue Holdings (2) Pte. Ltd., an investment vehicle, for the benefit of beneficiaries of Blue Family Trust II.

    f. I am a beneficiary of Blue Family Trust II.

    g. Blue Family Trust II holds no other assets other than the assets held in the name of Blue Holdings (2).

    h. Any distributions by Blue Family Trust II to me or for my benefit are transferred directly from the assets held in the name of Blue Holdings (2).

3. By virtue of the foregoing, I have a beneficial ownership interest and/or other financial stake in the Claimed Property.

4. Pursuant to Supplemental Rule E(8), I appear before this Court for the limited purpose of asserting and defending this claim in this *in rem* forfeiture action. My appearance does not constitute an appearance for any other purpose, nor do I consent to the jurisdiction of this Court or any other court.

Dated:  May 1, 2014

                                               Respectfully submitted,

                                               /s/ Jonathan R. Barr
                                             Jonathan R. Barr (D.C. Bar No. 437334)
                                             BAKER & HOSTETLER LLP
                                             1050 Connecticut Ave. NW, Suite 1100
                                             Washington, DC 20036
                                             Tel:  202-861-1500
                                             Fax:  202-861-1783
                                             jbarr@bakerlaw.com

                                             *Attorney for Claimant Aisha Atiku Bagudu*

## VERIFICATION

Pursuant to 28 U.S.C. § 1746 and Local Civil Rule 5.1(f), I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on April 25, 2014, at Abuja, Nigeria.

*Aisha Bagudu*

**Aisha Atiku Bagudu**

**CERTIFICATE OF SERVICE**

      I certify that on May 1, 2014, I filed and served the foregoing via the Court's CM/ECF system. I also certify that on May 1, 2014, I served by mail, via overnight delivery, a true and correct copy of the foregoing to the following attorney:

    Elizabeth A. Aloi
    Trial Attorney
    Asset Forfeiture and Money Laundering Section
    Criminal Division
    U.S. Department of Justice
    1400 New York Avenue, NW
    Suite 10100
    Washington, DC 20005

      I also certify that on May 1, 2014, I served via first class mail a true and correct copy of the foregoing to the following attorney:

    Charles C. Agwumezie
    CAVA LEGAL GROUP PLLC
    1629 K Street NW
    Suite 300
    Washington, DC 20006

                                                  /s/ Jonathan R. Barr