# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ALL ASSETS HELD IN ACCOUNT NUMBER )<br>80020796, IN THE NAME OF )<br>DORAVILLE PROPERTIES CORPORATION, )<br>AT DEUTSCHE BANK INTERNATIONAL, )<br>LIMITED IN JERSEY, CHANNEL ISLANDS, )<br>AND ALL INTEREST, BENEFITS, OR ASSETS )<br>TRACEABLE THERETO, *ET AL.*, )<br>)<br>Defendants. )<br>_____ ) | Case No. 13-cv-1832 (JDB) |

## DECLARATION OF PATRICK T. CAMPBELL

I, PATRICK T. CAMPBELL, submit this declaration pursuant to 28 U.S.C. § 1746 and Local Civil Rules 5.1(f) and 11.2 in support of Claimants' Motion to Dismiss the Government's Verified Complaint for Forfeiture *In Rem*.

1. I am an attorney with the law firm Baker & Hostetler LLP, counsel for Claimants Aisha Atiku Bagudu, Ibrahim Atiku Bagudu, Zainab Shinkafi Bagudu, Ibrahim Bagudu, M.A.B., I.A.B., F.A.B., M.A.B., H.A.B., and R.A.B. (collectively, "Claimants"). Annexed to this declaration are true and correct copies of the following exhibits referenced in Claimants' Memorandum of Points and Authorities in Support of Claimants' Motion to Dismiss the Government's Complaint for Forfeiture *In Rem*:

2. Annexed as **Exhibit A** hereto is a true and correct copy of the Declaration of Aisha Atiku Bagudu. Aisha Atiku Bagudu executed the Declaration on July 3, 2014. I have received the annexed electronic copy, and I am awaiting receipt of the original, signed copy.

3. Annexed as **Exhibit B** hereto is a true and correct copy of the Declaration of Zainab Shinkafi Bagudu. Zainab Shinkafi Bagudu executed the Declaration on July 3, 2014. I have received the annexed electronic copy, and I am awaiting receipt of the original, signed copy.

4. Annexed as **Exhibit C** hereto is a true and correct copy of a Reuters news article, "U.S., Britain offer to help recovering Nigerian funds," dated September 20, 1999.

5. Annexed as **Exhibit D** hereto is a true and correct copy of the Minority Staff Report prepared for the Permanent Subcommittee on Investigations in conjunction with the Hearing on Private Banking and Money Laundering: A Case Study of Opportunities and Vulnerabilities, dated November 9, 1999.

6. Annexed as **Exhibit E** hereto is a true and correct copy of the Affidavit of Charley A. Davidson, which attaches true and correct copies of certain documents filed in or reflecting the extradition proceedings in the Southern District of Texas, *In the Matter of the Extradition of Abubakar Bagudu*, Case Nos. H-03-432M & H-03-434M (S.D. Tex.):

   a. Amended Motion for Bond and Motion for Extradition Hearing, filed on or about June 12, 2003 (redacted for personal information and in accordance with Local Rule 5.4(f));
   b. Motion to Continue, filed on or about August 4, 2003;
   c. Government's Motion to Dismiss Complaint and Request for Extradition, filed on or about March 8, 2004;
   d. Order Granting Government's Motion to Dismiss the Complaint, filed on or about March 8, 2004;
   e. Docket Report for Case No. H-03-434M;
   f. Amended Motion to Expunge Judicial Records, filed on or about December 13, 2010; and
   g. Order Granting Abubakar Atiku Bagudu's Motion to Expunge Judicial Records, filed on or about January 7, 2011.

7. Annexed as **Exhibit F** hereto are true and correct copies of International Letters Rogatory submitted to the Attorney General of the United States by the Magistrate Zecchin of

2

the Republic and Canton of Geneva on or about August 14, 2000 (without enclosures) and related, subsequent correspondence, also without enclosures (redacted in accordance with Local Rule 5.4(f)).

8. Annexed as **Exhibit G** hereto is a true and correct copy of a freeze order, dated March 26, 1999, issued by the High Court of Justice (Commercial Court, Queen's Bench Division) in the United Kingdom in the matter of *Compagnie Noga v. Australia and New Zealand Banking Group Limited, et al.*, 1999 Folio 404 and 405 (redacted for personal information and in accordance with Local Rule 5.4(f)).

9. Annexed as **Exhibit H** hereto is a true and correct copy of a freeze order, dated September 25, 2001, issued by the High Court of Justice (Chancery Division) in the United Kingdom in the matter of *Federal Bank of Nigeria v. Union Bank of Nigeria, et al.*, HC01C03260 (redacted for personal information and in accordance with Local Rule 5.4(f)).

10. Annexed as **Exhibit I** hereto is a true and correct copy of the Second Affidavit of Ibrahim Bagudu, which attaches true and correct copies of the August 21, 2003 Settlement Agreement concluded between the Federal Republic of Nigeria and Abubakar Atiku Bagudu and annexed Escrow Agreement, Tomlin Order, Schedule 5, and Schedule 6, and which also attaches true and correct copies of the Tomlin Order filed in *Federal Bank of Nigeria v. Union Bank of Nigeria, et al.*, HC01C03260, and the Consent Order filed in *Compagnie Noga v. Australia and New Zealand Banking Group Limited, et al.*, 1999 Folio 404 and 405 (redacted for personal information and in accordance with Local Rule 5.4(f)).

11. Annexed as **Exhibit J** hereto are true and correct copies of Abubakar Atiku Bagudu's signature page to the August 21, 2003 Settlement Agreement and the Letters of

603717543.1

Withdrawal and Side Letters annexed to the August 21, 2003 Settlement Agreement (redacted in accordance with Local Rule 5.4(f)).

12. Annexed as **Exhibit K** hereto is a true and correct copy of the Third Affidavit of Ibrahim Bagudu, which attaches true and correct copies of the amendments made to the August 21, 2003 Settlement Agreement and annexed Escrow Agreement on or around November 12, 2003 (redacted for personal information and in accordance with Local Rule 5.4(f)).

13. Annexed as **Exhibit L** hereto are true and correct copies of a letter from Enrico Monfrini to Monsieur Bruno de Preux dated November 17, 2003, which attaches true and correct copies of the executed Letters of Withdrawal issued in conjunction with the August 21, 2003 Settlement Agreement, as amended on or around November 12, 2003, and the executed Side Letters issued in conjunction with the August 21, 2003 Settlement Agreement, as amended on or around November 12, 2003 (redacted in accordance with Local Rule 5.4(f)).

14. Annexed as **Exhibit M** hereto is a true and correct copy of the Order of the High Court of the Federal Capital Territory Abuja in Suit No. FCT/HC/CR/20-24/2000, discharging Abubakar Atiku Bagudu, dated April 10, 2014.

15. Annexed as **Exhibit N** hereto is a true and correct copy of a news article from AllAfrica.com, titled "First Inland Bank Concludes Merger," dated December 19, 2005.

16. Annexed as **Exhibit O** hereto is a true and correct copy of a Circular from the Nigerian Head of the Civil Service of the Federation, dated August 26, 2009.

17. Annexed as **Exhibit P** hereto are true and correct copies of portions of the Nigerian Penal Code Law, 1963, CAP 89 of The Laws of Northern Nigeria and the Penal Code Act, 1990, CAP 532 of the Laws of the Federation of Nigeria.

I declare under penalty of perjury that the foregoing is true and correct. Executed on July 7, 2014 in New York, New York.

                                                                                       _____
                                                                                       Patrick T. Campbell