Default - Rule 55A (CO 40 Revised-4/2011)

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

_____
Plaintiff(s)

v.

ALL ASSETS HELD IN ACCOUNT NUMBER 80020796, IN THE NAME OF DORAVILLE PROPERTIES CORPORATION, AT DEUTSCHE BANK INTERNATIONAL, LIMITED IN JERSEY, CHANNEL ISLANDS, AND ALL INTEREST, BENEFITS OR ASSETS TR et al

_____
Defendant(s)

Civil Action: 13-cv-01832-JDB

**RE:** DEFENDANT: ALL ASSETS HELD IN ACCOUNT NUMBER 80020796, IN THE NAME OF DORAVILLE PROPERTIES CORPORATION, AT DEUTSCHE BANK INTERNATIONAL, LIMITED IN JERSEY, CHANNEL ISLANDS, AND ALL INTEREST, BENEFITS OR ASSETS TR

## DEFAULT

It appearing that the above-named defendant(s) failed to plead or otherwise defend this action though duly served with complaint and warrant for arrest in rem on 2/26/14, and an affidavit on behalf of the plaintiff having been filed, it is this 31st day of July, 2014 declared that defendant(s) is/are in default.

ANGELA D. CAESAR, Clerk

By: /s/ T. Davis
Deputy Clerk