UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　Plaintiff,<br><br>　　v.<br><br>ALL ASSETS HELD IN ACCOUNT NUMBER 80020796, IN THE NAME OF DORAVILLE PROPERTIES CORPORATION, AT DEUTSCHE BANK INTERNATIONAL, LIMITED IN JERSEY, CHANNEL ISLANDS,  AND ALL INTEREST, BENEFITS, OR ASSETS TRACEABLE THERETO,  et al.,<br><br>　Defendants. | Civil Action No. 13-1832 (JDB) |

## MEMORANDUM OPINION & ORDER

Before the Court is [64] plaintiff United States of America's motion for entry of default judgment and for an order of forfeiture pursuant to 18 U.S.C. § 983, Federal Rule of Civil Procedure 55, and Rule G of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions ("Rule G") against defendant assets (a), (b), (c), (d), (e), (f), and (g) ("defendant assets (a)-(g)") identified in the United States' verified complaint for forfeiture in rem:

> (a) All assets held in account number 80020796, in the name of Doraville Properties Corporation, located at Deutsche Bank International Limited in the Bailiwick of Jersey, and all interest, benefits, or assets traceable thereto (identified in paragraph 4(a) of the verified complaint);

> (b) All assets held in account number S-104460, in the name of Mohammed Sani, at HSBC Fund Administration (Jersey) Limited in the Bailiwick of Jersey, and all interest, benefits, or assets traceable thereto (identified in paragraph 4(b) of the verified complaint);

    (c) All assets held in account number 223405880IUSD, in the name of Rayville International, S.A., at Banque SBA in Paris, France, and all interest, benefits, or assets traceable thereto (identified in paragraph 4(c) of the verified complaint);

    (d) All assets held in account number 223406510PUSD, in the name of Standard Alliance Financial Services Limited located at Banque SBA in Paris, France, and all interest, benefits, or assets traceable thereto (identified in paragraph 4(d) of the verified complaint);

    (e) All assets held in account numbers 100130688 and 100138409, in the name of Mecosta Securities, at Standard Bank in the United Kingdom, and all interest, benefits, or assets traceable thereto (identified in paragraph 4(e) of the verified complaint);

    (f) All assets held at HSBC Life (Europe) formerly held in account number 37060762 in the name of Mohammed Sani at Midland Life International Limited, and all interest, benefits, or assets traceable thereto (identified in paragraph 4(f) of the verified complaint); and

    (g) All assets in account number 38175076, in the name of Mohammed Sani, at HSBC Bank Plc., and all interest, benefits, or assets traceable thereto (identified in paragraph 4(g) of the verified complaint).

This motion is unopposed. Upon careful consideration of the government's verified complaint, its pending motion, the affidavit in support of default, the relevant legal authorities, and the entire record herein, the Court will grant the government's motion for default judgment and enter an order of forfeiture.

    The United States initiated this forfeiture action on November 18, 2013, by filing a verified complaint for forfeiture in rem against five corporate entities and various other assets. See Compl. [ECF No. 1]. The verified complaint alleged that the defendant assets were involved in an international conspiracy to launder proceeds of corruption in Nigeria during the military regime of General Sani Abacha. Id. The United States gave direct notice of the forfeiture action to potential claimants and gave notice by publication on the United States' forfeiture website. See Gov't's Aff. in Supp. of Default [ECF No. 44] ¶¶ 8-9; Gov't's Decl. of Notice and Publication

[ECF No. 50]; Gov't's Mem. of Law in Supp. of Mot. for Entry of Default and for Order of Forfeiture [ECF No. 64-1] at 8-10.  No verified claim to defendant assets (a)-(g) has been filed, and the time for filing a claim has expired.[1]  See Supp. R. G(5)(a).  On June 2, 2014, the government filed an affidavit in support of default against defendant assets (a)-(g), see Gov't's Aff. in Supp. of Default, and on July 31, 2014, the Clerk of this Court entered default against these defendant assets, see Clerk's Entries of Default [ECF Nos. 57-63].

The United States now moves for entry of default judgment and an order of forfeiture to vest legal title and ownership to defendant assets (a)-(g) in the United States.  Based on the government's well-pleaded allegations in its verified complaint, the Court finds that defendant assets (a)-(g) were involved in transactions in violation of 18 U.S.C. §§ 1956 and 1957, or are traceable to such property.  As such, defendant assets (a)-(g) are subject to forfeiture to the United States pursuant to 18 U.S.C. § 981(a)(1)(A) and Rule G.  Process was fully issued with respect to these defendant assets and returned according to law.  No response, answer, or defense remains interposed, and the United States' motion for entry of a default judgment and order of forfeiture is unopposed.  Hence, the Court concludes that the United States is entitled to a default judgment under Federal Rule of Civil Procedure 55 and to an order of forfeiture.  Accordingly, the United States' motion will be granted.

## CONCLUSION & ORDER

For the reasons set forth above, it is hereby

**ORDERED** that [64] the United States' motion for entry of default judgment and for an order of forfeiture is **GRANTED**; and it is further

**ORDERED** that defendant assets (a)-(g) (identified in paragraphs 4(a)-4(g) of the verified complaint) are hereby **FORFEITED** to the United States of America, and that title to

---

[1] Verified claims have been filed with respect to other defendant assets.

defendant assets (a)-(g) is vested in the United States of America, to be disposed of in accordance with the law; and that no right, title, or interest in defendant property shall exist in any other person; and it is further

    **ORDERED** that the Clerk of the Court may close this matter as to defendant assets (a)-(g).

    **SO ORDERED.**

/s/
JOHN D. BATES
United States District Judge

Dated:  August 6, 2014