**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

UNITED STATES OF AMERICA,      )
                                         )
        Plaintiff,             )
                                         )
        v.                        )     Case No. 13-cv-1832 (JDB)
                                         )
ALL ASSETS HELD IN ACCOUNT NUMBER  )
80020796, IN THE NAME OF              )
DORAVILLE PROPERTIES CORPORATION,  )
AT DEUTSCHE BANK INTERNATIONAL,    )
LIMITED IN JERSEY, CHANNEL ISLANDS,  )
AND ALL INTEREST, BENEFITS, OR ASSETS  )
TRACEABLE THERETO, *ET AL.*,         )
                                         )
        Defendants.          )
_____ )

### <u>JOINT STATUS REPORT</u>

Comes now the Plaintiff, United States of America, by and through its undersigned

counsel, and submits this Joint Status Report on its own behalf and on behalf of Claimants Aisha

Atiku Bagudu, Ibrahim Atiku Bagudu, Zainab Shinkafi Bagudu, Ibrahim Bagudu, M.A.B.,

I.A.B., F.A.B., M.A.B., H.A.B., and R.A.B. (collectively, "Claimants") to update the Court on

the status of this civil forfeiture proceeding.

On July 28, 2014, the Plaintiff served the Claimants with special interrogatories pursuant

to Supplemental Rule G(6)(a).  The Parties have agreed that the Claimants shall have 6 weeks, or

until September 5, 2014, to respond to these special interrogatories.  Accordingly, pursuant to

Supplemental Rule G(6)(c), the Plaintiff has until September 26, 2014, to respond to the

Claimants' Motion to Dismiss.

Respectfully submitted,

JAIKUMAR RAMASWAMY, CHIEF
ASSET FORFEITURE AND
    MONEY LAUNDERING SECTION


/s/ Elizabeth Aloi_____
DANIEL H. CLAMAN
Assistant Deputy Chief
ELIZABETH A. ALOI
Trial Attorney
Asset Forfeiture and Money
    Laundering Section
Criminal Division
United States Department of Justice
1400 New York Avenue, N.W., Suite 10100
Washington, D.C. 20530
Telephone:  (202) 514-1263

Attorneys for Plaintiff
UNITED STATES OF AMERICA