# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>      **Plaintiff,**<br><br>      v.<br><br>**ALL ASSETS HELD IN ACCOUNT NUMBER 80020796, IN THE NAME OF DORAVILLE PROPERTIES CORPORATION, AT DEUTSCHE BANK INTERNATIONAL, LIMITED IN JERSEY, CHANNEL ISLANDS, AND ALL INTEREST, BENEFITS OR ASSETS TRACEABLE THERETO, et al.,**<br><br>      **Defendants.** | Civil Action No. 13-1832 (JDB) |

## ORDER

Upon consideration of [55] claimants' motion to dismiss and the parties' memoranda, and for the reasons stated in the Memorandum Opinion issued on this date, it is hereby

**ORDERED** that [55] claimants' motion to dismiss is **DENIED**.

**SO ORDERED.**

                                                                    /s/
                                                       JOHN D. BATES
                                                  United States District Judge

Dated: March 19, 2015