# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 13-cv-1832 (JDB) |
| | ) |
| ALL ASSETS HELD IN ACCOUNT NUMBER 80020796, IN THE NAME OF DORAVILLE PROPERTIES CORPORATION, AT DEUTSCHE BANK INTERNATIONAL, LIMITED IN JERSEY, CHANNEL ISLANDS, AND ALL INTEREST, BENEFITS, OR ASSETS TRACEABLE THERETO, *ET AL.*, | ) ) ) ) ) ) ) |
| | ) |
| Defendants. | ) |
| | ) |

**CLAIMANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER GOVERNMENT'S VERIFIED COMPLAINT FOR FORFEITURE *IN REM* AND INCORPORATED STATEMENT OF POINTS AND AUTHORITIES**

Claimants Aisha Atiku Bagudu, Ibrahim Atiku Bagudu, Ibrahim Bagudu, M.A.B., I.A.B., F.A.B., M.A.B. and H.A.B. (collectively, "Claimants"), by and through the undersigned counsel and pursuant to Federal Rule of Civil Procedure 6(b) ("Rule 6(b)"), respectfully request an extension of time, up to and including May 4, 2015, to file Answers to the Government's Verified Complaint for Forfeiture *In Rem* (the "Complaint"). This is Claimants' first request for an extension of time to file Answers to the Complaint.

This proceeding is an *in rem* civil forfeiture action brought by the Government against assets allegedly worth more than $500 million located in at least eleven different accounts in at least three different countries. On May 1, 2014, Claimants timely filed verified claims to certain of the defendant assets. On July 7, 2014, Claimants moved to dismiss the Complaint under Federal Rule of Civil Procedure 12(b) and Rule G(5)(b) of the Supplemental Rules for Admiralty

or Maritime Claims and Asset Forfeiture Actions of the Federal Rules of Civil Procedure. On March 19, 2015, this Court denied Claimants' motion to dismiss. Under Federal Rule of Civil Procedure 12(a)(4)(A) ("Rule 12(a)(4)(A)"), Claimants' deadline for filing Answers to the Complaint is April 2, 2015.

Rule 6(b) provides that a court may grant extensions of time "for good cause." Claimants and their counsel require additional time to examine and respond to each allegation of the Government's 119-paragraph Complaint and conduct the necessary factual and legal research to evaluate bases for Claimants' assertion of affirmative defenses in this large and highly complex forfeiture action. As part of this process, Claimants' counsel will need to confer meaningfully with Claimants, who are all residents of Nigeria, largely unfamiliar with the U.S. legal system, and many of whom are minors. The 14 days allotted under Rule 12(a)(4)(A) to file an answer to a complaint after the denial of a motion to dismiss are insufficient under these circumstances to provide Claimants with a meaningful opportunity to evaluate and address the allegations in the Complaint and determine applicable affirmative defenses. Thus, Claimants submit there is "good cause" for the reasonably short extension of time requested to file Answers to the Complaint.

Pursuant to Local Civil Rule 7(m), the undersigned certifies that on March 23, 2015, he conferred with Elizabeth A. Aloi, counsel for the Government, who indicated that the Government has no objection to the relief sought herein.

3

WHEREFORE, Claimants respectfully request that this Court issue the attached proposed Order granting Claimants an extension of time, up to and including May 4, 2015, to file Answers to the Complaint.

Dated: March 24, 2015

                                      Respectfully submitted,

                                      /s/ Jonathan R. Barr
                                      Jonathan R. Barr (D.C. Bar No. 437334)
                                      BAKER & HOSTETLER LLP
                                      1050 Connecticut Ave. NW, Suite 1100
                                      Washington, DC 20036
                                      Tel:  202-861-1500
                                      Fax:  202-861-1783
                                      jbarr@bakerlaw.com

## **CERTIFICATE OF SERVICE**

I certify that on March 24, 2015, I caused the foregoing to be filed via the Court's CM/ECF system, which will serve the following attorneys of record:

DANIEL H. CLAMAN
Assistant Deputy Chief
ELIZABETH A. ALOI
Trial Attorney
Asset Forfeiture and Money Laundering Section
Criminal Division
U.S. Department of Justice
1400 New York Avenue, NW, 10th Floor
Washington, DC 20005

/s/ Jonathan R. Barr