IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>   Plaintiff. )<br>)<br>v. )<br>)<br>ALL ASSETS HELD IN ACCOUNT NUMBER )<br>80020796, IN THE NAME OF )<br>DORAVILLE PROPERTIES CORPORATION, )<br>AT DEUTSCHE BANK INTERNATIONAL, )<br>LIMITED IN JERSEY, CHANNEL ISLANDS, )<br>AND ALL INTEREST, BENEFITS, OR ASSETS )<br>TRACEABLE THERETO, ET AL., )<br>   Defendants. )<br>)<br>and )<br> THE FEDERAL REPUBLIC OF NIGERIA, )<br>GODSON NNAKA. )<br>   Claimants. )<br>_____) | CASE NO. 13-cv-01832-JBD |

### NOTICE OF APPEAL

Claimant, **Godson M. Nnaka**, hereby files this NOTICE of APPEAL against the Order and rulings of John D. Bates (United States District Judge) made in this case on September 16, 2016, on Claimant **Nnaka's** Motion to Impose Charging Lien.

### GROUNDS OF APPEAL

1. The entire rulings and the Order of the Court were nullified and vitiated by the fraud committed on the court and on the entire proceeding by the U.S. and by Nigeria in the case.

2. The Court acted in error and abused its discretion when it failed to allow Nnaka's motion as unopposed in the obvious absence of any counter affidavit from any of the opposing parties or any other claimant challenging Nnaka's declarations and affirmations under oath in his supporting affidavit.

3. The Court acted in error and abused its discretion because even though the U.S. Government (agent) admitted its agency relationship with the Federal Republic of Nigeria (principal), thereby making Nigeria a party to the suit,

the district court, J.D. Bates, J., presiding, still held that Nigeria is not a party in the litigation.

4. The court erred in law and abused its discretion in that, although the court appeared not to appreciate the principal/agency relationship between Nigeria and the U.S., a relationship fraudulently entered to frustrate Nnaka from being paid for his services to Nigeria, the court contradictorily ruled that "the possibility that United States may transfer seized funds to Nigeria sometime in the future does not alter those aspects of the case.

5. The court was wrong in law and abused its discretion when it denied Nnaka's motion for a charging lien and when it ruled that Nnaka has no valid claim to the defendant assets.

Respectfully by the Appellant,
Godson Nnaka,

/s/ Benneth O. Amadi
Benneth O. Amadi, Esquire
BBO# 646232
204 Blossom Street Extension, Suite A
Lynn, MA 01901
781-581-5144

**CERTIFICATE OF SERVICE**

I hereby certify that on September 28, 2016, this Notice of Appeal was electronically served on all the parties who are ECF users and by first class mail on all the identified non-registered ECF users.

/s/ Benneth O. Amadi
Benneth O. Amadi, Esquire