## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 13-cv-1832 (JDB) |
| | ) | |
| ALL ASSETS HELD IN ACCOUNT NUMBER | ) | **ORAL HEARING REQUESTED** |
| 80020796, IN THE NAME OF | ) | |
| DORAVILLE PROPERTIES CORPORATION, | ) | |
| AT DEUTSCHE BANK INTERNATIONAL, | ) | |
| LIMITED IN JERSEY, CHANNEL ISLANDS, | ) | |
| AND ALL INTEREST, BENEFITS, OR ASSETS | ) | |
| TRACEABLE THERETO, *ET AL.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## CLAIMANTS' MOTION TO COMPEL PRODUCTION OF RESPONSIVE NON-PRIVILEGED DOCUMENTS

Claimants Aisha Atiku Bagudu, Ibrahim Bagudu, Ibrahim Atiku Bagudu, Maryam Bagudu, I.A.B., F.A.B., M.A.B., and H.A.B. (collectively, "Claimants"), by and through their undersigned counsel and pursuant to Federal Rule of Civil Procedure 37(a), move to compel the Government's Production of Responsive Non-Privileged Documents (the "Motion"). The grounds for granting Claimants' Motion are set forth in the Memorandum of Points and Authorities attached hereto and incorporated herein

Dated: November 4, 2016

Respectfully submitted,

/s/ Jonathan R. Barr
Jonathan R. Barr (D.C. Bar No. 437334)
BAKER & HOSTETLER LLP
1050 Connecticut Ave. NW, Suite 1100
Washington, DC 20036
Tel: (202) 861-1500
Fax: (202) 861-1783
jbarr@bakerlaw.com

Jonathan B. New
jnew@bakerlaw.com
Patrick T. Campbell
pcampbell@bakerlaw.com
BAKER & HOSTETLER LLP
45 Rockefeller Plaza
New York, New York 10111-0100
Tel: (212) 589-4200
Fax: (212) 589-4201