IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 13-cv-1832 (JDB) |
| | ) | |
| ALL ASSETS HELD IN ACCOUNT NUMBER 80020796, IN THE NAME OF DORAVILLE PROPERTIES CORPORATION, AT DEUTSCHE BANK INTERNATIONAL, LIMITED IN JERSEY, CHANNEL ISLANDS, AND ALL INTEREST, BENEFITS, OR ASSETS TRACEABLE THERETO, *ET AL.*, | ) ) ) ) ) ) ) | **REDACTED VERSION** |
| | ) | |
| Defendants. | ) ) | |

## DECLARATION OF PATRICK T. CAMPBELL

I, PATRICK T. CAMPBELL, submit this declaration pursuant to 28 U.S.C. § 1746 and Local Civil Rules 5.1(f) and 11.2 in support of **Claimants' Motion to Compel Production of Responsive Non-Privileged Documents (the "Motion")**.

1. I am an attorney with the law firm Baker & Hostetler LLP, counsel for Claimants Aisha Atiku Bagudu, Ibrahim Bagudu, Ibrahim Atiku Bagudu, Maryam Bagudu, I.A.B., F.A.B., M.A.B., and H.A.B. (collectively, "Claimants").

2. Attached to this declaration are true and correct copies of the following exhibits referenced in Claimants' Memorandum of Points and Authorities in Support of Claimants' Motion to Compel Production of Responsive Non-Privileged Documents:

3. Attached hereto as **Exhibit 1** is a true and correct copy of Claimants' First Set of Requests for Production to Plaintiff United States of America, dated May 11, 2015.

4. Attached hereto as **Exhibit 2** is a true and correct copy of a June 10, 2015 Letter from Elizabeth Aloi ("Aloi") to Jonathan R. Barr ("Barr").

5. Attached hereto as **Exhibit 3** is a true and correct copy of the United States' Responses to Claimants' First Set of Requests for Production, dated June 10, 2015.

6. Attached hereto as **Exhibit 4** is a true and correct copy of a September 11, 2015 Letter from Aloi to Barr.

7. Attached hereto as **Exhibit 5** are excerpts from a true and correct electronic copy of the Government's Initial Privilege Log 1, which was produced to Claimants on September 11, 2015 in electronic format.

8. Attached hereto as **Exhibit 6** are highlighted excerpts from a true and correct copy of the Government's Privilege Log 2, which was produced to Claimants on September 11, 2015. Claimants are seeking to compel production of the documents and communications identified in the highlighted excerpts in connection with Claimants' Motion.

9. Attached hereto as **Exhibit 7** are highlighted excerpts from a true and correct copy of the Government's Privilege Log 3, which was produced to Claimants on September 11, 2015. Claimants are seeking to compel production of the documents and communications identified in the highlighted excerpts in connection with Claimants' Motion.

10. Attached hereto as **Exhibit 8** are highlighted excerpts from a true and correct copy of the Government's Privilege Log 4, which was produced to Claimants in March 2016. Claimants are seeking to compel production of the documents and communications identified in the highlighted excerpts in connection with Claimants' Motion.

11. Attached hereto as **Exhibit 9** are highlighted excerpts from a true and correct copy of the Government's Privilege Log 5, which was produced to Claimants in March 2016.

Claimants are seeking to compel production of the documents and communications identified in the highlighted excerpts in connection with Claimants' Motion.

12. Attached hereto as **Exhibit 10** is a true and correct copy of a November 12, 2015 Letter from Patrick T. Campbell ("Campbell") to Aloi.

13. Attached hereto as **Exhibit 11** is a true and correct copy of a December 3, 2015 Letter from Campbell to Aloi.

14. Attached hereto as **Exhibit 12** is a true and correct copy of a February 26, 2016 Letter from Aloi to Barr.

15. Attached hereto as **Exhibit 13** is a true and correct copy of a May 9, 2016 Letter from Campbell to Aloi.

16. Attached hereto as **Exhibit 14** is a true and correct copy of a May 27, 2016 Letter from Campbell to Aloi.

17. Attached hereto as **Exhibit 15** is a true and correct copy of a June 2, 2016 Letter from Michael Khoo ("Khoo") to Barr.

18. Attached hereto as **Exhibit 16** is a true and correct copy of a July 8, 2016 Letter from Campbell to Khoo.

19. Attached hereto as **Exhibit 17** is a true and correct copy of an August 26, 2016 Letter from Campbell to Aloi.

20. Attached hereto as **Exhibit 18** are excerpts from a true and correct electronic copy of the Government's Updated Privilege Log 1, which was produced to Claimants on September 23, 2016 in electronic format. Claimants are seeking to compel production of the documents and communications identified in the excerpts in connection with Claimants' Motion.

21. Attached hereto as **Exhibit 19** is a true and correct copy of the transcript of the October 5, 2016 Status Hearing before the Honorable John D. Bates.

22. Attached hereto as **Exhibit 20** is a true and correct copy of the ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇.

23. Attached hereto as **Exhibit 21** is a true and correct copy of the United States' Second Supplemental Response to Interrogatory 2, dated August 16, 2016.

24. Attached hereto as **Exhibit 22** is a true and correct copy of the United States' Response to Interrogatories 5, 7, 8, 9, 11 and 12 From Claimants' First Set of Interrogatories and First Supplement to Response to Interrogatories 2, 3, and 10, dated July 27, 2015.

25. Attached hereto as **Exhibit 23** is a true and correct copy of a September 13, 2016 10:13pm E-mail from Campbell to Aloi.

26. In addition, on November 24, 2015, I participated in a telephone call during which counsel for the United States and Claimants conferred on, among other things, the issues Claimants raised in the November 12, 2015 Letter from Campbell to Aloi concerning the Government's Initial Privilege Log 1, Privilege Log 2, and Privilege Log 3. At no point during that telephone conference did counsel for the United States state that the United States had, or would be, including on its privilege logs any documents that it did not consider to be relevant to the claims and defenses of this action.

I declare under penalty of perjury that the foregoing is true and correct. Executed on November 4, 2016 in New York, New York.

*/s/ Pat Campbell*
Patrick T. Campbell