# Exhibit 2

**Unredacted Version Filed Under Seal Pursuant to Protective Order**



**U.S. Department of Justice**

Criminal Division

*Washington, D.C. 20530*

June 10, 2015

Jonathan R. Barr
Baker & Hostetler LLP
1050 Connecticut Ave. NW, Suite 1100
Washington, DC 20036
jbarr@bakerlaw.com

      Re:   *United States v. All Assets Held in Account No. 80020796, Et. Al.*
            Case No. 13-cv-1832 (D.D.C.) (JDB)

Dear Mr. Barr:

Enclosed is the United States' response to the Claimants' First Set of Requests for Production, together with a DVD containing 29,291 documents responsive to the requests, and identified by Bates numbers DOJ_00000001 to DOJ_00100156. The password for the DVD is ▮▮▮▮▮▮▮▮. The United States has endeavored to mark documents with personal identifying information and bank account numbers as "confidential" per the Court's April 29, 2015, Litigation Protective Order. As discussed on May 29, 2015, however, the United States had unanticipated technical difficulties identifying such documents, and in particular, bank account numbers. If there are documents that contain personal identifying information, and bank account numbers, but which were not properly marked, we ask you to treat them as "confidential."

Counsel for the United States expects to review over 13,000 additional documents for privilege and responsiveness, including 4600 documents presently under the custody and control of the Federal Bureau of Investigation, and additional materials under the control of the United States Department of State. As discussed on May 12, 2015, the United States expects to produce non-privileged, unclassified documents responsive to the Claimants' discovery requests on a rolling basis on or before July 13, 2015. The United States expressly reserves the right to supplement, clarify, revise, or correct its response to the Claimants' First Set of Requests for Production, consistent with Fed. R. Civ. P. 26(e), and to assert additional objections or privileges, in one or more subsequent supplemental response(s).

                                Sincerely,

                                Elizabeth Aloi
                                Trial Attorney