**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,         ) <br>                                       ) <br>        Plaintiff,                    ) <br>                                       ) <br>       v.                          ) <br>                                       ) <br> ALL ASSETS HELD IN ACCOUNT NUMBER ) <br> 80020796, IN THE NAME OF ) <br> DORAVILLE PROPERTIES CORPORATION, ) <br> AT DEUTSCHE BANK INTERNATIONAL, ) <br> LIMITED IN JERSEY, CHANNEL ISLANDS, ) <br> AND ALL INTEREST, BENEFITS, OR ASSETS ) <br> TRACEABLE THERETO, *ET AL.*, ) <br>                                         ) <br>        Defendants.               ) <br> _____ ) | Case No. 13-cv-1832 (JDB) |

**UNITED STATES' MOTION TO STRIKE CLAIMS PURSUANT TO RULE G(8)(c) OF THE SUPPLEMENTAL RULES FOR ADMIRALTY OR MARITIME CLAIMS AND ASSET FORFEITURE ACTIONS**

Plaintiff United States of America, by and through its undersigned counsel, moves to strike the claims of Aisha Atiku Bagudu, Ibrahim Bagudu, Ibrahim Atiku Bagudu, Maryam Atiku Bagudu, Mohammed Atiku Bagudu, I.A.B., F.A.B., and H.A.B. pursuant to Rule G(8)(c) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions. The grounds for granting the United States' motion are set forth in the accompanying Memorandum of Points and Authorities, including the exhibits and attachments thereto, all of which are incorporated herein.

Dated:  March 3, 2017

Respectfully submitted,

DEBORAH CONNOR, ACTING CHIEF
MONEY LAUNDERING AND
ASSET RECOVERY SECTION

By:     */s/ Elizabeth A. Aloi*
ELIZABETH A. ALOI
MICHAEL W. KHOO
Money Laundering and Asset Recovery Section
Criminal Division
U.S. Department of Justice
1400 New York Avenue, NW, 10th Floor
Washington, DC  20530
Tel:    (202) 514-1263
Fax:    (202) 514-5522

Attorneys for Plaintiff
UNITED STATES OF AMERICA