IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,            ) | |
| ) | |
| Plaintiff,            ) | |
| ) | |
| v.            ) | Case No. 13-cv-1832 (JDB) |
| ) | |
| ALL ASSETS HELD IN ACCOUNT NUMBER            ) | |
| 80020796, IN THE NAME OF            ) | |
| DORAVILLE PROPERTIES CORPORATION,            ) | |
| AT DEUTSCHE BANK INTERNATIONAL,            ) | |
| LIMITED IN JERSEY, CHANNEL ISLANDS,            ) | |
| AND ALL INTEREST, BENEFITS, OR ASSETS  ) | |
| TRACEABLE THERETO, *ET AL.*,            ) | |
| ) | |
| Defendants.            ) | |
| ) | |

## DECLARATION OF PATRICK T. CAMPBELL

I, PATRICK T. CAMPBELL, submit this declaration pursuant to 28 U.S.C. § 1746 and Local Civil Rules 5.1(f) and 11.2 in support of **Plaintiff, the United States of America, and Claimants' Joint Status Report.**

1. I am an attorney with the law firm Baker & Hostetler LLP, counsel for Claimants Aisha Atiku Bagudu, Ibrahim Bagudu, Ibrahim Atiku Bagudu, Maryam Atiku Bagudu, Mohammed Atiku Bagudu, I.A.B., F.A.B., and H.A.B. (collectively, "Claimants"). Attached to this declaration are true and correct copies of the following exhibits referenced in Plaintiff and Claimants' Joint Status Report:

2. Attached hereto as **Exhibit 1** is a true and correct copy of the March 8, 2017 Letter from Elizabeth A. Aloi ("Aloi") to Jonathan R. Barr.

3. Attached hereto as **Exhibit 2** is a true and correct copy of the March 13, 2017 Letter from Patrick T. Campbell ("Campbell") to Aloi.

4. Attached hereto as **Exhibit 3** is a true and correct copy of the March 20, 2017 Letter from Aloi to Campbell.

5. Attached hereto as **Exhibit 4** is a true and correct copy of the March 24, 2017 Letter from Campbell to Aloi.

I declare under penalty of perjury that the foregoing is true and correct. Executed on April 3, 2017 in New York, New York.

_____
Patrick T. Campbell