**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 13-cv-1832 (JDB) |
| | ) | |
| ALL ASSETS HELD IN ACCOUNT NUMBER 80020796, IN THE NAME OF DORAVILLE PROPERTIES CORPORATION, AT DEUTSCHE BANK INTERNATIONAL, LIMITED IN JERSEY, CHANNEL ISLANDS, AND ALL INTEREST, BENEFITS, OR ASSETS TRACEABLE THERETO, *ET AL.*, | ) ) ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

**UNITED STATES' OPPOSITION TO GODSON NNAKA'S**
**MOTION FOR AN INJUNCTION**

Comes now, the United States, by and through its undersigned attorneys, and respectfully urges this Court to deny Godson Nnaka's motion for an injunction. (ECF No. 239). On September 16, 2016, this Court held that "unless and until Nnaka's claims to the defendant assets are reinstated by the D.C. Circuit, Nnaka's participation in this case must now come to end." *See* September 16, 2016, Order (ECF no. 123) at 2. Mr. Nnaka's claims to the defendant assets were not reinstated by the D.C. Circuit. *See United States v. All Assets*, No. 16-5025, Judgment at 3 (D.C. Cir. Feb. 2, 2018) (per curiam).

In his motion, Mr. Nnaka finds significance in the fact that the United States did not file an opposition brief to his previously filed Rule 60(b) motion. At a motions hearing on October 26, 2017, the United States noted that it did not believe this Court had jurisdiction over Mr. Nnaka's Rule 60(b) motion. The Court said it would request an opposition brief in writing if it

needed it.  (October 26, 2017, Tr. 111:21 to 112:5).  No request was made, and thus no written brief was submitted.  For these reasons, Mr. Nnaka's motion for an injunction should be denied.

        Respectfully submitted,

        DEBORAH CONNOR, ACTING CHIEF
        MONEY LAUNDERING AND
        ASSET RECOVERY SECTION

        By:*/s/ Elizabeth Aloi*
        ELIZABETH A. ALOI
        MICHAEL KHOO
        JOSHUA SOHN
        Money Laundering and
        Asset Recovery Section
        Criminal Division
        U.S. Department of Justice
        1400 New York Avenue, NW, 10th Floor
        Washington, DC  20530
        Tel:    (202) 514-1263
        Fax:   (202) 514-5522

        Attorneys for Plaintiff
        UNITED STATES OF AMERICA