# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. 13-cv-1832 (JDB) |
| ALL ASSETS HELD IN ACCOUNT NUMBER 80020796, IN THE NAME OF DORAVILLE PROPERTIES CORPORATION, AT DEUTSCHE BANK INTERNATIONAL, LIMITED IN JERSEY, CHANNEL ISLANDS, AND ALL INTEREST, BENEFITS, OR ASSETS TRACEABLE THERETO, et al., | ) ) ) ) ) ) ) ) |
| Defendants. | ) ) |

**CLAIMANT'S NOTICE OF UNOPPOSED MOTION FOR ISSUANCE OF A RESPONSE TO LETTER FROM TRIBUNAL OF FIRST INSTANCE (CENTRAL AUTHORITY OF THE REPUBLIC AND CANTON OF GENEVA) IN CONNECTION WITH REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE PURSUANT TO THE HAGUE CONVENTION OF 18 MARCH 1970 ON THE TAKING OF EVIDENCE ABROAD IN CIVIL OR COMMERCIAL MATTERS**

Claimant Ibrahim Bagudu ("Claimant"), by and through his undersigned counsel, moves for an order for the issuance of a response to a letter from the Tribunal of First Instance (Central Authority of the Republic and Canton of Geneva) in connection with the Court's June 4, 2018 Request for International Judicial Assistance Pursuant to the Hague Convention of 18 March 1970 on the Taking of Evidence Abroad in Civil or Commercial Matters (ECF No. 235-5) (the "Motion").

The grounds for granting Claimant's Motion are set forth in the Memorandum of Points and Authorities attached hereto and incorporated herein.

| | |
|---|---|
| Dated:   New York, New York<br>            September 7, 2018 | Respectfully submitted,<br><br>By: */s/ Jonathan B. New*<br>Jonathan R. Barr (D.C. Bar No. 437334)<br>BAKER & HOSTETLER LLP<br>1050 Connecticut Ave. NW, Suite 1100<br>Washington, DC 20036<br>T: (202) 861-1500<br>F: (202) 861-1783<br>E: jbarr@bakerlaw.com<br><br>Jonathan B. New<br>E: jnew@bakerlaw.com<br>Patrick T. Campbell<br>E: pcampbell@bakerlaw.com<br>BAKER & HOSTETLER LLP<br>45 Rockefeller Plaza<br>New York, New York 10111-0100<br>T: (212) 589-4200<br>F: (212) 589-4201<br><br>*Attorneys for Claimant Ibrahim Bagudu* |