# Exhibit 7

**Unredacted Version Filed Under Seal Pursuant to Protective Order**