# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 13-cv-1832 (JDB) |
| ) | |
| ALL ASSETS HELD IN ACCOUNT NUMBER ) | |
| 80020796, IN THE NAME OF ) | |
| DORAVILLE PROPERTIES CORPORATION, ) | |
| AT DEUTSCHE BANK INTERNATIONAL, ) | |
| LIMITED IN JERSEY, CHANNEL ISLANDS, ) | |
| AND ALL INTEREST, BENEFITS, OR ASSETS ) | |
| TRACEABLE THERETO, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

**STIPULATION CONCERNING FILING OF CONFIDENTIAL MATERIAL UNDER SEAL IN CONNECTION WITH CLAIMANT'S OPPOSITION TO PLAINTIFF'S MOTION TO RE-OPEN DEPOSITION OF CLAIMANT IBRAHIM BAGUDU FOR AN ADDITIONAL THREE HOURS**

**WHEREAS**, on April 29, 2015, Plaintiff, United States of America ("Plaintiff"), and Claimant, Ibrahim Bagudu ("Claimant"), entered into, and the Court ordered, the Litigation Protective Order and Agreement (the "Protective Order"), which governs materials produced in this action which have been or are deemed to comprise or contain CONFIDENTIAL MATERIAL, as the term is defined in the Protective Order;

**WHEREAS**, Paragraph 15(b) of the Protective Order provides that, "No CONFIDENTIAL MATERIAL will be filed with the Court unless it is filed under seal";

**WHEREAS**, Paragraph 15(b) of the Protective Order further provides that "the party desiring to file materials under seal may move for an order to file under seal or obtain a stipulation from the producing party to file the material under seal"; and

**WHEREAS**, Claimant intends to file CONFIDENTIAL MATERIAL produced in this action in connection with his Opposition to Plaintiff's Motion to Re-open Deposition of Claimant Ibrahim Bagudu for an Additional Three Hours (the "Opposition").

**NOW, THEREFORE**, it is stipulated and agreed by and between Plaintiff and Claimant as follows:

1. To the extent Claimant includes and/or refers to CONFIDENTIAL MATERIAL in his brief, declaration, or exhibits in support of the Opposition, such brief, declaration, and exhibits must be filed under seal.

2. Nothing in this Stipulation constitutes an admission by the parties that any of the CONFIDENTIAL MATERIAL actually qualify for sealed status in a court filing, under the *Hubbard* factors and other applicable law. The parties reserve all rights to seek de-designation of any of the CONFIDENTIAL MATERIAL at a later time.

3. This Stipulation may be executed in any number of counterparts and all such counterparts shall together constitute one and the same agreement. A signed facsimile, photo static, or electronic copy of this Stipulation shall be deemed an original.

Dated: November 19, 2019

| | |
|---|---|
| BAKER & HOSTETLER LLP | DEBORAH CONNOR, ACTING CHIEF MONEY LAUNDERING AND ASSET RECOVERY SECTION |
| */s/ Jonathan B. New* | */s/ Joshua L. Sohn* |
| Jonathan R. Barr (D.C. Bar No. 437334) | Daniel H. Claman |
| BAKER & HOSTETLER LLP | Michael Khoo |
| 1050 Connecticut Ave. NW, Suite 1100 | Joshua L. Sohn |
| Washington, DC 20036 | Money Laundering and Asset Recovery Section |
| Tel: (202) 861-1500 | Criminal Division |
| Fax: (202) 861-1783 | U.S. Department of Justice |
| jbarr@bakerlaw.com | 1400 New York Avenue, NW, 10th Floor |
| | Washington, DC 20530 |
| Jonathan B. New | Tel: (202) 514-1263 |
| jnew@bakerlaw.com | Fax: (202) 514-5522 |
| Patrick T. Campbell | |
| pcampbell@bakerlaw.com | *Attorneys for Plaintiff* |
| BAKER & HOSTETLER LLP | |
| 45 Rockefeller Plaza | |
| New York, New York 10111-0100 | |
| Tel: (212) 589-4650 | |
| | |
| *Attorneys for Claimant* | |

3