# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| Plaintiff(s), | ) |
| vs. | ) Case No.: 13-1832 (JDB) |
| **ALL ASSETS HELD IN ACCOUNT NUMBER 80020796, IN THE NAME OF DORAVILLE PROPERTIES CORPORATION, AT DEUTSCHE BANK INTERNATIONAL, LIMITED IN JERSEY, CHANNEL ISLANDS, AND ALL INTEREST, BENEFITS OR ASSETS THERETO, et al.,** | ) |
| Defendant(s). | ) |

## *INTERESTED PARTY*, FEDERAL GOVERNMENT OF NIGERIA'S RESPONSE TO COURT ORDER DATED FEBRUARY 04, 2020.

To all parties and their attorneys of record:

Federal Government of Nigeria (FGN), interested party in this case, by and through its attorneys of record – A.O.E Law & Associates, APC, hereby files its response to court order dated February 04, 2020, docket number 333.

The Federal Court of Nigeria takes the position that the "Agreement of the Federal Republic of Nigeria and the Bailiwick of Jersey and the government of the United States of America regarding the sharing, transfer, repatriation, disposition and management of certain

1

forfeited assets signed by the afore referenced parties on February 03, 2020 (the trilateral agreement), has no impact on this courts' forfeiture order dated August 06, 2014.

The Federal Government of Nigeria and the government of the United States of America are currently engaged in ongoing negotiations to resolve and repatriate to Nigeria other forfeited assets subject to this court forfeiture order, dated August 06, 2014. The trilateral agreement only repatriates a portion of the said forfeited assets.

| | |
|---|---|
| Dated February 12, 2020 | A.O.E. LAW & ASSOCIATES, APC<br>By:/s/ *Anthony O. Egbase*<br>Anthony O. Egbase (D.C. Bar No. 492509)<br>Sedoo A. Manu (D.D.C Bar No.: CA00021)<br>350 S. Figueroa St., Ste. 189<br>Los Angeles, CA 90071<br>Tel: (213) 620-7070; Fax: (213) 620-1200<br>info@aoelaw.com<br>*Attorneys for Interested party,*<br>*Federal Government of Nigeria* |

**CERTIFICATE OF SERVICE**

I certify that this document has been electronically filed through the ECF system, and will be served electronically on all the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies shall be sent to identified non-participants, this 12th day of February 2020.

/s/ *Anthony O. Egbase*
Anthony O. Egbase