UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>ALL ASSETS HELD IN ACCOUNT NUMBER 80020796, IN THE NAME OF DORAVILLE PROPERTIES CORPORATION, AT DEUTSCHE BANK INTERNATIONAL, LIMITED IN JERSEY, CHANNEL ISLANDS, AND ALL INTEREST, BENEFITS OR ASSETS THERETO, et al.,<br><br>    Defendants. | Civil No. 13-1832 (JDB) |

**ORDER**

Upon consideration of [339] the United States's motion for reconsideration, [353] claimant's motion to dismiss, and [351] claimant's motion for leave to supplement the record, the briefing in opposition to these motions, and the entire record herein, and for the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that [339] the United States's motion for reconsideration is **DENIED**; it is further

**ORDERED** that [353] claimant's motion to dismiss is **DENIED**; and it is further

**ORDERED** that [351] claimant's motion for leave to supplement the record is **DENIED AS MOOT.**

SO ORDERED.

/s/

JOHN D. BATES
United States District Judge

Dated: July 9, 2020