IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ALL ASSETS HELD IN ACCOUNT NUMBER )<br>80020796, IN THE NAME OF )<br>DORAVILLE PROPERTIES CORPORATION, )<br>AT DEUTSCHE BANK INTERNATIONAL, )<br>LIMITED IN JERSEY, CHANNEL ISLANDS, )<br>AND ALL INTEREST, BENEFITS, OR ASSETS )<br>TRACEABLE THERETO, et al., )<br>)<br>Defendants. )<br>) | Case No. 13-cv-1832 (JDB) |

**PARTIES' JOINT STATUS REPORT**

Pursuant to the Court's Minute Order of December 28, 2021 (the "Order"), Plaintiff, the United States of America, and Claimant, Ibrahim Bagudu, by and through their counsel, respectfully file this joint status report. The parties thank the Court for having stayed the case to facilitate settlement discussions, but report that they have been unable to reach settlement. As such, the parties shall resume litigation per the schedule set forth in the Court's Order, except as otherwise modified by the Court.[1]

Fact discovery in this matter is complete, with the exception of Plaintiff's re-opened deposition of Claimant. Pursuant to the Court's July 3, 2020 Minute Order, on July 31, 2020, the parties served their respective expert disclosures under Federal Rule of Civil Procedure 26(a)(2)

---

[1] Claimant will be filing a separate motion for a two-week extension of time to serve one of its rebuttal expert reports. The United States does not oppose Claimant's request. Claimant's requested extension will not necessitate any other changes to the schedule set forth in the Court's Order.

("Rule 26(a)(2)"). Plaintiff served six expert reports on Claimant and Claimant served two expert reports on Plaintiff.

On March 13, 2020, Plaintiff informed the Court that the parties had commenced preliminary discussions regarding a potential negotiated resolution to this matter. *See* Dkt. No. 341-1. On August 21, 2020, the parties jointly requested that the Court stay all proceedings in this litigation so that they might focus their time and resources on pursuing such settlement discussions. Dkt. No. 362. The Court granted the motion, stayed proceedings through November 30, 2020, and ordered the parties to file a joint status report one week prior. The Court has since granted five further extensions of the stay. The current stay expires on March 4, 2022.

At the time of their last report, the parties disagreed on whether they had reached an impasse. Plaintiff maintained that they had and, in lieu of a further extension request, proposed a schedule for the conclusion of discovery and summary judgment proceedings. Claimant's position was that the parties had not reached an impasse and that a brief further extension was warranted. The Court allowed the stay but instituted a schedule for the resumption of litigation on March 4.

Since then, the parties have exchanged additional settlement correspondence. Nonetheless, they remain far apart. Claimant believes that the recent exchanges have been productive and that a negotiated resolution remains possible. Nevertheless, he is amenable to continuing settlement discussions while litigation resumes. As such, the parties shall proceed with the exchange of rebuttal expert reports, depositions and, as applicable, summary judgment motions consistent with the schedule set forth in the Court's Order, except as otherwise modified by the Court.

Dated: March 2, 2022                    Respectfully submitted,

   /s/ S. Chartey Quarcoo
S. Chartey Quarcoo
Daniel H. Claman
Joshua L. Sohn
Money Laundering and Asset Recovery Section
Criminal Division
U.S. DEPARTMENT OF JUSTICE
1400 New York Avenue, NW, 10th Floor
Washington, DC 20530
T: (202) 514-1263
F: (202) 514-5522
stephen.quarcoo@usdoj.gov

*Attorneys for Plaintiff United States of America*


   /s/ Jonathan B. New
Jonathan R. Barr (D.C. Bar No. 437334)
BAKER & HOSTETLER LLP
1050 Connecticut Ave. NW, Suite 1100
Washington, D.C. 20036
T: (202) 861-1500
F: (202) 861-1783
jbarr@bakerlaw.com

Jonathan B. New
Patrick T. Campbell
BAKER & HOSTETLER LLP
45 Rockefeller Plaza
New York, NY 10111-0100
T: (202) 589-4200
F: (212) 589-4201
jnew@bakerlaw.com
pcampbell@bakerlaw.com

*Attorneys for Claimant Ibrahim Bagudu*