IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ALL ASSETS HELD IN ACCOUNT NUMBER )<br>80020796, IN THE NAME OF )<br>DORAVILLE PROPERTIES CORPORATION, )<br>AT DEUTSCHE BANK INTERNATIONAL, )<br>LIMITED IN JERSEY, CHANNEL ISLANDS, )<br>AND ALL INTEREST, BENEFITS, OR ASSETS )<br>TRACEABLE THERETO, et al., )<br>)<br>Defendants. )<br>_____ ) | Case No. 13-cv-1832 (JDB) |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF JOINT MOTION
TO AMEND SCHEDULING ORDER**

Pursuant to Federal Rule of Civil Procedure 16(b)(4) and Local Rule of Civil Procedure 16.4(a), Claimant Ibrahim Bagudu and Plaintiff United States of America (collectively, the "Parties") respectfully move to Amend this Court's April 29, 2015 Scheduling Order, as most recently amended on March 3, 2022.

**BACKGROUND**

On December 28, 2021, the Court issued a Minute Order (the "December 28 Minute Order") that set forth a schedule for service of rebuttal expert reports, the conclusion of the further deposition of Claimant, expert depositions, and summary judgment briefing. Since the Court's December 28 Minute Order, the parties have served their expert rebuttal reports, have concluded Claimant's further deposition, and have conducted three of the eight expert depositions noticed by the Parties. The Parties were working diligently to complete all expert

depositions and had scheduled them all to be completed by the June 10, 2021 deadline set by the Court in its December 28 Minute Order.

Unfortunately, following the last deposition conducted on May 19, 2022, multiple attorneys and/or their family members contracted COVID-19 and are presently continuing to recover, and other attorneys were exposed to close contacts with COVID-19. Over safety and health concerns, the Parties adjourned the remaining five depositions. The Parties respectfully request the Court to amend the expert deposition deadline set forth in the December 28 Minute Order to August 12, 2022, which would allow the attorneys who contracted COVIOD-19 time to recover, provide the Parties and their experts time to reschedule the five adjourned depositions, and also give the Parties an opportunity to consider whether any adjustments to their deposition protocols are necessary to ensure the safety of all involved. The Parties also request an extension of the deadline to file summary judgment motions to October 12, 2022, and a corresponding extension of the summary judgment briefing schedule, to allow for the requested extension of the expert deposition deadline.

## ARGUMENT

The Parties can demonstrate the required "good cause" for the extension of the deadline for completion of expert witness depositions and summary judgment briefing. *See* Fed. R. Civ. P. 16(b)(4) ("A schedule may be modified only for good cause and with the judge's consent"); Local R. Civ. P. 16.4(a). The primary factor in determining whether good cause exists is the diligence of the party seeking discovery before the deadline. *United States v. Kellogg Brown & Root Serv's, Inc.*, 285 F.R.D. 133, 136 (D.D.C. 2012). The Parties have diligently sought to meet the expert deposition deadlines and had noticed and scheduled all outstanding depositions to be completed according to the June 10, 2022 deadline as set forth in the Scheduling Order. A

reasonable extension of the remaining deadlines in the Scheduling Order will allow the Parties to fully recover and expeditiously resume and complete the remaining examinations and briefing they were on track to complete before being delayed by the pandemic.

**CONCLUSION**

For the reasons set forth above, the Parties respectfully request that this Court grant their Joint Motion to Amend the Scheduling Order. A Proposed Order is attached.

Dated: June 6, 2022

                              Respectfully submitted,

*/s/ Jonathan B. New*
Jonathan R. Barr (D.C. Bar No. 437334)
BAKER & HOSTETLER LLP
1050 Connecticut Ave. NW, Suite 1100
Washington, D.C. 20036
T: (202) 861-1500
F: (202) 861-1783
jbarr@bakerlaw.com

Jonathan B. New
Patrick T. Campbell
BAKER & HOSTETLER LLP
45 Rockefeller Plaza
New York, NY 10111-0100
T: (202) 589-4200
F: (212) 589-4201
jnew@bakerlaw.com
pcampbell@bakerlaw.com

*Attorneys for Claimant Ibrahim Bagudu*

*/s/ S. Chartey Quarcoo*
S. Chartey Quarcoo
Daniel H. Claman
Joshua L. Sohn
Money Laundering and Asset Recovery Section
Criminal Division
U.S. DEPARTMENT OF JUSTICE
1400 New York Avenue, NW, 10th Floor
Washington, DC 20530
T: (202) 514-1263
F: (202) 514-5522
stephen.quarcoo@usdoj.gov

*Attorneys for Plaintiff United States of America*