## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>ALL ASSETS HELD IN ACCOUNT NUMBER 80020796, IN THE NAME OF DORAVILLE PROPERTIES CORPORATION, AT DEUTSCHE BANK INTERNATIONAL, LIMITED IN JERSEY, CHANNEL ISLANDS, AND ALL INTEREST, BENEFITS, OR ASSETS TRACEABLE THERETO, et al.,<br><br>    Defendants. | Case No. 13-cv-1832 (JDB) |

### [PROPOSED] ORDER GRANTING PARTIES' REQUEST TO EXTEND CURRENT STAY

Upon consideration of the Parties' Joint Status Report and Request to Extend Current Stay, and the Court finding good cause, the Court orders as follows:

a. All proceedings in this case shall be stayed through September 6, 2024.

b. The parties, by or on August 30, 2024, shall file a joint status report that will advise the Court on whether (i) the stay should be extended beyond September 6, 2024, because the parties have made substantial progress towards finalizing the settlement, or (ii) the stay should expire on September 6, 2024, and the litigation should resume because the parties are unable to finalize the settlement.

c. In the event that the parties advise the Court that the stay should expire on September 6, 2024, the joint status report shall include a proposed timeframe for the remaining proceedings in this case.

**SO ORDERED.**

Dated this ___ day of _____, 2024.

_____
THE HONORABLE JOHN D. BATES
UNITED STATES DISTRICT JUDGE